SOL ELLMAN et al., Respondents, *v.* A. IRVING ISAACSON et al., Appellants.

Submitted February 6, 1956; decided February 9, 1956.

*Selig Kaplan* for motion.

*Jac M. Wolff* opposed.

Motion dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.